# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 108 EAL 2022

         Respondent                :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                       :

RONALD WALKER,                  :

         Petitioner                 :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 109 EAL 2022

         Respondent                 :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                       :

RONALD WALKER,                  :

         Petitioner                 :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 110 EAL 2022

         Respondent                 :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                       :

RONALD WALKER,                  :

         Petitioner                 :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 111 EAL 2022

         Respondent                 :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                       :

RONALD WALKER,                         :
                                       :
            Petitioner                 :
                                       :

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 21st day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.